# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 18-71513-JWC |
| | ) | |
| SHERELL LYNN BOLTON | ) | |
| | ) | |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Initial Chapter 13 Plan in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Nancy J Whaley (served via ECF)
Chapter 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Sharell Lynn Bolton
14 Ridge Run Ap J
Marietta, GA 30067


SEE ATTACHED FOR ADDITIONAL CREDITORS

Date: December 27, 2018

_____/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road SE Suite 1700
Atlanta, GA 30339
Tel. (404) 800-4001

```
Label Matrix for local noticing          Aarons Sales and Lease              Aarons Sales and Lease
113E-1                                   1710 Cobb Parkway                   1710 Cobb Parkway S
Case 18-71513-jwc                        Marietta, GA 30060-9252             Marietta, GA 30060-9252
Northern District of Georgia
Atlanta
Thu Dec 27 12:19:39 EST 2018

Amex                                     Sharell Lynn Bolton                 Capital One
Po Box 297871                            14 Ridge Run Apt#J                  PO Box 71083
Fort Lauderdale, FL 33329-7871           Marietta, GA 30067-8226             Charlotte, NC 28272-1083


Capital One Bank Usa N                   Children's Healthcare of Atl        Dept Of Education/neln
Po Box 30281                             PO Box 116293                       121 S 13th St
Salt Lake City, UT 84130-0281            Atlanta, GA 30368-6293              Lincoln, NE 68508-1904


Fed Loan Serv                            (p)GEORGIA DEPARTMENT OF REVENUE    Internal Revenue Service
Pob 60610                                COMPLIANCE DIVISION                 PO Box 7346
Harrisburg, PA 17106-0610                ARCS BANKRUPTCY                     Philadelphia, PA 19101-7346
                                         1800 CENTURY BLVD NE SUITE 9100
                                         ATLANTA GA 30345-3202

Kevin Bolton                             LabCorp                             Regional Finance
3138 Delacorte Drive                     PO Box 2240                         1200 ernest W Barrett Pkwy NW
Acworth, GA 30101-1403                   Burlington, NC 27216-2240           Ste 216
                                                                             Kennesaw, GA 30144-4513


Santander Consumer Usa                   Howard P. Slomka                    Suntrust Bank
Po Box 961245                            Slipakoff & Slomka, PC              PO Box 291286
Ft Worth, TX 76161-0244                  Overlook III - Suite 1700           Nashville, TN 37229-1286
                                         2859 Paces Ferry Rd, SE
                                         Atlanta, GA 30339-6213

Syncb/rooms To Go                        The Gallery Apartments              United States Attorney
C/o Po Box 965036                        8224 720 Franklin Gateway SE        Northern District of Georgia
Orlando, FL 32896-0001                   Marietta, GA 30067                  75 Ted Turner Drive SW, Suite 600
                                                                             Atlanta GA 30303-3309


Wellstar                                 Nancy J. Whaley
Patient Financial Services               Nancy J. Whaley, Standing Ch. 13 Trustee
PO Box 406161                            303 Peachtree Center Avenue
Atlanta, GA 30384-6161                   Suite 120, Suntrust Garden Plaza
                                         Atlanta, GA 30303-1216
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Georgia Department of Revenue            End of Label Matrix
1800 Century Blvd                        Mailable recipients    22
Suite 17200                              Bypassed recipients     0
Atlanta, GA 30345                        Total                  22
```